UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONNIE DAVERN,

    Plaintiff,

v.                                                       Case No. 8:25-cv-1725-MSS-CPT

MANPOWER GROUP US, INC.,

    Defendant.
_____/

**O R D E R**

    Before the Court is the parties' *Joint Motion for Entry of Stipulated Protective Order and Clawback Agreement*. (Doc. 21). The issuance of protective orders is governed generally by Federal Rule of Civil Procedure 26(c). *See* Fed. R. Civ. P. 26(c). Rule 26(c) provides that, upon a showing of good cause, a court may issue a protective order requiring "a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." Fed. R. Civ. P. 26(c)(1)(G); *see also Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1313 (11th Cir. 2001) (per curiam).

    In the interest of the efficient dissemination of the discovery in this action and to allow the parties to avoid litigating the issue of confidentiality as to each item disclosed, the parties' stipulated protective order serves a useful purpose, and the Court

therefore finds there is good cause to enter it. Accordingly, the parties' proposed protective order and clawback agreement are adopted and approved. (Doc. 21-1). Nothing in this Order, the parties' protective order, or their clawback agreement shall be construed as excusing the parties from their obligations under the Local Rules, including Local Rules 1.11 and 3.01(g).

SO ORDERED in Tampa, Florida, this 19th day of November 2025.

_____
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record